**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JASON M. EDWARDS,** <br><br> Plaintiff, <br><br> v. <br><br> **U.S. ENVIRONMENTAL PROTECTION AGENCY,** <br><br> Defendant. | Civil Action No. 05-0426 (JDB) |

**ORDER**

Upon consideration of defendant's motion for summary judgment, the opposition and reply thereto, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is this 18th day of October, 2006, hereby

**ORDERED** that defendant's motion is **GRANTED**, and judgment is entered in favor of defendant.

**SO ORDERED**.

                                                  /s/ John D. Bates
                                                  JOHN D. BATES
                                          United States District Judge

Dated:   October 18, 2006